In the Matter of ELI H. WARACH, an attorney at law.

January 4, 1960.  Resignation of respondent accepted, with prejudice, and name stricken from the roll of attorneys at law.